CALL & JENSEN
A Professional Corporation
Ryan M. McNamara, Bar No. 223606
Kent R. Christensen, Bar No. 253815
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100
rmcnamara@calljensen.com
kchristensen@calljensen.com

Attorneys for Defendant B & V Enterprises, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK KIM, as an individual and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>B & V ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.  2:20-cv-09704-DMG-RAO<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br><br><br>Complaint Filed:　October 8, 2020<br>Removal Filed:　 October 22, 2020<br>Trial Date:　　　None Set |

**TO ALL PARTIES AND TO THE HONORABLE COURT:**

　　PLEASE TAKE NOTICE that Plaintiff Frank Kim ("Plaintiff") has settled the above-captioned matter with Defendant B & V Enterprises, Inc. (collectively, the "Parties"). This settlement will resolve the above-captioned matter in its entirety and with prejudice. The Parties are in the process of finalizing a settlement agreement and anticipate filing a Stipulation for Dismissal within the next thirty (30) days.

In consideration of this settlement and with the intentions of preserving both the Court's resources and the Parties' respective resources, Plaintiff respectfully requests that the Court suspend all remaining proceedings at this time.

Dated:  November 30, 2020

CALL & JENSEN
A Professional Corporation
Ryan M. McNamara
Kent R. Christensen


By:/s/ *Kent R. Christensen*
    Kent R. Christensen

Attorneys for Defendant B & V Enterprises, Inc.