CALL & JENSEN
A Professional Corporation
Ryan M. McNamara, Bar No. 223606
Kent R. Christensen, Bar No. 253815
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel:  (949) 717-3000
Fax:  (949) 717-3100
rmcnamara@calljensen.com
kchristensen@calljensen.com

Attorneys for Defendant B & V Enterprises, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK KIM, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>B & V ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09704-DMG-RAO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed:  October 8, 2020<br>Removal Filed:   October 22, 2020<br>Trial Date:      None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, attorneys for Plaintiff Frank Kim and Defendant B&V Enterprises, Inc. stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

Dated: December 16, 2020　　　　CALL & JENSEN

By: */s/ Kent R. Christensen*
　　　Kent R. Christensen

Attorneys for Defendant B & V Enterprises, Inc.

Dated: December 16, 2020　　　　Wilshire Attorneys

By: */s/ Lowell Sandell*
　　　Lowell Sandell

Attorneys for Plaintiff Frank Kim

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kent Christensen, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 16, 2020　　　　By: */s/ Kent R. Christensen*
　　　　　　　　　　　　　　　　　　　　Kent R. Christensen